```
                        United States Bankruptcy Court
                          Northern District of Ohio
```

In re:                                                    Case No. 14-14573-pmc
Jason R. Pearce                                           Chapter 13
Cheryl A. Pearce
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-1         User: klamu           Page 1 of 1         Date Rcvd: Sep 23, 2016
                             Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2016.
24228498      +Wilmington Savings Fund Soceity, FSB,    dba Christiana Trust,   c/o Home Servicing LLC,
               2431 S. Acadian Thruway #525,    Baton Rouge, LA 70808-2377

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2016 at the address(es) listed below:
              Austin B. Barnes, III    on behalf of Creditor   Wilmington Savings Fund Soceity, FSB
               abarnes@sandhu-law.com, bk1notice@sandhu-law.com
              Craig H. Shopneck    ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com
              Daniel C. Wolters    on behalf of Creditor   Wilmington Savings Fund Soceity, FSB
               amps@manleydeas.com, dcwolters@manleydeas.com
              Marc E. Dann    on behalf of Debtor Cheryl A. Pearce mdann@dannlaw.com,
               sarah@dannlaw.com;notices@dannlaw.com;billbehrens@dannlaw.com;bflick@dannlaw.com
              Marc E. Dann    on behalf of Debtor Jason R. Pearce mdann@dannlaw.com,
               sarah@dannlaw.com;notices@dannlaw.com;billbehrens@dannlaw.com;bflick@dannlaw.com
              Timothy M. Sullivan    on behalf of Creditor   State of Ohio Department of Taxation tim@tmslaw.net,
               elaine@tmslaw.net;crystal@tmslaw.net
                                                                                             TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Northern District of Ohio
Case No. 14-14573-pmc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Jason R. Pearce<br>5930 Westbrook Drive<br>Brookpark OH 44142 | Cheryl A. Pearce<br>5930 Westbrook Drive<br>Brookpark OH 44142 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/20/2016.

Name and Address of Alleged Transferor(s):

Claim No. 6: Wilmington Savings Fund Soceity, FSB, dba Christiana Trust, c/o Home Servicing LLC, 2431 S. Acadian Thruway #525, Baton Rouge, LA 70808

Name and Address of Transferee:

Wilmington Savings Fund Society, FSB
c/o Rushmore Loan
Management Services, LLC
P.O. Box 52708
Irvine, CA 92619-2708

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/25/16

Kenneth Hirz
**CLERK OF THE COURT**